JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| OSVALDO MACHADO-LEON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ADELANTO ICE PROCESSING CENTER et al,<br><br>Respondents. | Case No. 5:26-cv-04821-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Unopposed Habeas Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 3, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge